CHARASON REALTY CORPORATION v. BANK OF NEW YORK, as Trustee under the Will of FLORENCE FISH, Deceased, et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *ante,* p. 134.]

NATHAN UDELL, Doing Business as LIBERTY METAL PRODUCTS COMPANY, v. MORRIS COHEN et al., Doing Business under the Name of AMCO BRASS & STEEL SUPPLY Co.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan and Breitel, JJ. [See *ante,* p. 685.]

In the Matter of the Accounting of MAURICE HELLER, as Executor of MORRIS A. FISCHER, Deceased, Appellant-Respondent. GUSSIE FISCHER et al., Respondents-Appellants; SAMUEL J. KRINN, Special Guardian for ERIC FLANDERS and Others, Infants, Respondent-Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *ante,* p. 367.]

In the Matter of the Arbitration between KALAN UNIFORM Co., INC. and ARCOLA FABRICS CORPORATION.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn and Breitel, JJ. [See *ante,* p. 669.]

In the Matter of JOSE DE SANTIAGO, Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Cohn, JJ. [See *ante,* p. 683.]

## (October 22, 1953.)

### (Republish.)

In the Matter of the CITY OF NEW YORK, on Behalf of the New York City Housing Authority, Appellant-Respondent, Relative to Acquiring Title to Real Property Bounded by East 97th Street and Other Streets in the Borough of Manhattan, Selected as a Site for a Low-Rent Housing Project, Known as GEORGE WASHINGTON HOUSES. H. D. & W. REALTY CORP. et al., Respondents-Appellants; ROSE TEPPER et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to the respondents, and the order of this court, entered October 20, 1953 (*ante,* p. 865), vacated. No opinion. Present — Peck, P. J., Breitel, Bastow and Botein, JJ.